AFFIRM as modified; Opinion issued November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00342-CR

## DARRYL JEROME WILLIAMSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F11-61428-J

# MEMORANDUM OPINION

Before Justices FitzGerald, Richter, and Fillmore
Opinion by Justice FitzGerald

Darryl Jerome Williamson waived a jury and pleaded not guilty to assault on a public servant. *See* TEX. PENAL CODE ANN. § 22.01(a) (West 2011). After finding appellant guilty, the trial court assessed punishment at two years' imprisonment. In two issues, appellant contends the judgment should be modified to show (1) he did not enter a guilty plea, and (2) he did not have a plea bargain agreement. The State agrees the judgment should be modified. We modify the trial court's judgment and affirm as modified. The background of the case and the evidence admitted at trial are well known to the parties, and we therefore limit recitation of the facts. We

issue this memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

The record shows appellant agreed to waive a jury and have a trial before the court in exchange for the State dropping two enhancement paragraphs contained in the indictment. The trial court accepted appellant's plea of not guilty and heard testimony from witnesses. The judgment, however, states the plea to the offense was guilty and that there was a plea bargain agreement. Thus, the judgment is incorrect. We sustain appellant's two issues.

We modify the trial court's judgment to show the plea to the offense was not guilty and there were no plea bargain terms. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). As modified, we affirm the trial court's judgment.

KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120342F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DARRYL JEROME WILLIAMSON,
Appellant

No. 05-12-00342-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F11-61428-J).
Opinion delivered by Justice FitzGerald,
Justices Richter and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Plea to Offense" is modified to show "Not Guilty."

The section entitled "Terms of Plea Bargain" is modified to show "None."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered November 29, 2012.

KERRY P. FITZGERALD
JUSTICE